No. 784. REIDER *v.* UNITED STATES. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles W. Middlekauff* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs.*

*Claude R. Branch* and *W. Marvin Smith* for the United States.

